UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-61572-CIV-SMITH

RENEL ANTHENOR,

    Plaintiff,

vs.

OFFICER 11755, ET AL.,

    Defendants.

_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

THIS MATTER came before the Court upon the Report of Magistrate Judge [DE-7], in which she recommends dismissing Plaintiff's Complaint for failure to prosecute and/or failure to comply with a court order. Plaintiff has not filed objections to the Report of Magistrate Judge. Having reviewed, *de novo*, the Report of Magistrate Judge and the record, and given that there are no objections, it is

**ORDERED** that:

1) The Report of Magistrate Judge [DE-7] is **AFFIRMED and ADOPTED**, and incorporated by reference into this Court's Order; and

2) Plaintiff's Complaint is **DISMISSED**.

3) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 18 day of September, 2019.

                                                RODNEY SMITH
                                              UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record